**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARSON NEWBAUER, individually and on behalf of others similarly situated, | Civil Action No.: 2:19-cv-09069 (KM)(JBC) |
| *Plaintiff*, | |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| JACKSON HEWITT TAX SERVICE NC., JACKSON HEWITT INC., TAX SERVICES OF AMERICA, NC., BAYSIDE CAPITAL, INC., and CORSAIR CAPITAL, LLC, | |
| *Defendants*. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff hereby provides notice of dismissal of his claims in the above-referenced matter. No Answer or motion for summary judgment has been filed in this matter. Such dismissal is made without prejudice.

Dated: April 9, 2019

**LITE DEPALMA GREENBERG, LLC**

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

*Attorneys for Plaintiff*

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 4/10/2019